Samuel A. Diddle, ISB #4967
EBERLE, BERLIN, KADING, TURNBOW
  & McKLVEEN, CHTD.
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID 83701-1368
Telephone:  (208) 344-8535
Facsimile:   (208) 344-8542

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CLAY SCOTT BAKER, M.D.,<br><br>               Plaintiff,<br><br>vs.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York Corporation and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a Massachusetts Corporation,<br><br>               Defendants. | Case No. 4:14-cv-00165-REB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

     The parties hereto, by and through their undersigned counsel of record, hereby stipulate that the above-entitled action may be dismissed with prejudice, each party to pay their own fees and costs herein.  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, by and through his attorney of record, Cooper and Larsen Chartered, and Defendant, by and through its attorneys of record Eberle, Berlin, Kading, Turnbow & McKlveen, Chartered, and hereby

**STIPULATION FOR DISMISSAL – PAGE 1**
25382-1/ 00513716.000

stipulate that all claims and actions set forth in this matter by Plaintiff be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 17 day of December, 2014.

        COOPER AND LARSEN CHARTERED

        By _____
        Reed Larsen, of the firm
        Attorneys for Plaintiff

DATED this 8 day of ~~December~~ January, 2015.

        EBERLE, BERLIN, KADING, TURNBOW
        & McKLVEEN, CHARTERED

        By _____
        Samuel A. Diddle, of the firm
        Attorneys for Defendants

**STIPULATION FOR DISMISSAL – PAGE 2**
25382-1/ 00513716.000