UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLAY SCOTT BAKER, M.D.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York Corporation and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a Massachusetts Corporation,<br><br>　　　　Defendants. | Case No. 4:14-cv-00165-REB<br><br>**ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to the parties' Stipulation for Dismissal with Prejudice (Docket No. 16), and the Court being otherwise fully advised:

　　　　IT IS HEREBY ORDERED that the Stipulation is approved and adopted, and that all claims and actions set forth in this matter by Plaintiff are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

DATED: **January 8, 2015**

_/s/ Ronald E. Bush_
Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**